SLR:LAF
2005V00011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

ALI ABDULLAH,

           Plaintiff,

   -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

           Defendant.
- - - - - - - - - - - - - - - - -X

**STIPULATION AND ORDER**
**REGARDING ATTORNEY FEES**

Civil Action
CV-04-5581

(Block, J.)
(Levy, M.J.)

     IT IS HEREBY STIPULATED AND AGREED by and between counsel for the plaintiff and counsel for the defendant that any Motion for Attorney Fees Under the Equal Access to Justice Act filed by plaintiff, is hereby withdrawn; and that plaintiff is awarded $5,557.50 (Five Thousand Five Hundred and Fifty Seven Dollars and Fifty Cents) to be paid to plaintiff's Attorney. Such award is made in full satisfaction of her claim for attorney fees pursuant to 28 U.S.C. § 2412, the Equal Access to Justice Act.

Dated: August 18, 2005

                                       Herbert S. Forsmith, Esq.
                                       Attorney for Plaintiff
                                       26 Broadway, 17th Floor
                                       New York, New York 10004

Abudullah v. Commissioner, CV-04-5581 (EAJA Stipulation)

Brooklyn, New York  
August 15, 2005

ROSLYNN R. MAUSKOPF  
United States Attorney  
Eastern District of New York  
Attorney for Defendant  
One Pierrepont Plaza, 14th fl  
Brooklyn, NY 11201

By: /s/ Leslie A. Ramirez-Fisher  
Leslie A. Ramirez-Fisher  
Special Asst. U.S. Attorney  
(718) 254-6085/7000  
(212) 264-3650 ext. 224

SO ORDERED:

_____  
Honorable Frederic Block  
United States District Judge  
8/25/05